**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 911 |
| | : | |
| REAPPOINTMENT TO THE | : | SUPREME COURT RULES DOCKET |
| PENNSYLVANIA BOARD OF LAW | : | |
| EXAMINERS | : | |

## <u>ORDER</u>

**AND NOW**, this 11th day of April, 2022, Lawrence J. Moran, Sr., Esquire, Lackawanna County, is hereby reappointed as a member of the Pennsylvania Board of Law Examiners for a term of three years, commencing June 9, 2022.